RECEIVED
AUG 8 1995
CLERK
U. S. DISTRICT COURT
DISTRICT OF R. I.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 95-049P |
| | ) | |
| | ) | Violation of Title 18, |
| v. | ) | United States Code, |
| | ) | Section 924(e)(1) |
| | ) | Relating to Indictment |
| PABLO PEREYRA | ) | CR. No. 95-049P |

## NOTICE OF INFORMATION CHARGING PRIOR OFFENSES

Now comes the United States and informs this Court that the defendant, PABLO PEREYRA, having been previously convicted of violent felonies, is subject to the terms of Title 18, United States Code, Section 924(e)(1). An Information Charging Prior Offenses is attached hereto.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

SHELDON WHITEHOUSE
UNITED STATES ATTORNEY

[signature]
RICHARD W. ROSE
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of August, 1995, I served a copy of the within Government's Notice and Information Charging Prior Offenses, by postage prepaid mail, to:

C. Leonard O'Brien, Esquire
12 Thomas Street
Providence, Rhode Island 02903

[signature]

RECEIVED
AUG 8 1995
CLERK
U. S. DISTRICT COURT
DISTRICT OF R. I.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 95-049P |
| | ) | |
| | ) | Violation of Title 18, |
| v. | ) | United States Code, |
| | ) | Section 924(e)(1) |
| | ) | Relating to Indictment |
| PABLO PEREYRA | ) | CR. No. 95-049P |

## INFORMATION CHARGING PRIOR OFFENSES

I, SHELDON WHITEHOUSE, United States Attorney for the District of Rhode Island, accuse defendant, PABLO PEREYRA, who was charged by the United States Grand Jury in the District of Rhode Island on the 31st day of May, 1995, with possession of a firearm after conviction of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1), and possession with intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1), of having been previously convicted of violent felonies as described below:

1. On or about June 3, 1987, PABLO PEREYRA was convicted in Case Number P1/86-717A of two counts of Robbery, a violent felony punishable by imprisonment for a term exceeding one year, in the Providence County Superior Court, Providence, Rhode Island, and was sentenced to a term of 20 years on each count, ordered to serve 10 years with 10 years suspended, and 10 years probation and the sentences to run concurrently.

2. On or about June 3, 1987, PABLO PEREYRA was convicted in Case Number P1/86-3511A of two counts of Assault with a Dangerous Weapon, a violent felony punishable by imprisonment for a term exceeding one year, in the Providence County Superior Court, Providence, Rhode Island, and was sentenced to a term of 10 years imprisonment on each count.

3. On or about June 3, 1987, PABLO PEREYRA was convicted in Case Number P1/86-3511A of six counts of Robbery, a violent felony punishable by imprisonment for a term exceeding one year, in the Providence County Superior Court, Providence, Rhode Island, and was sentenced to 20 years imprisonment on each count with 10 years to serve, 10 years suspended, 10 years probation upon release, with the sentences to run concurrently.

4. On or about June 3, 1987, PABLO PEREYRA was convicted in Case Number P1/87-137B of four counts of Assault With a Dangerous Weapon, a violent felony punishable by imprisonment for a term exceeding one year, and two counts of Assault With Intent to Rob, a violent felony punishable by imprisonment for a term exceeding one year, in the Providence County Superior Court, Providence, Rhode Island, and was sentenced to a term of 10 years imprisonment as to each count with the sentences to run concurrently.

5. On or about June 3, 1987, PABLO PEREYRA was convicted in Case Number P1/87-137B of nine counts of Robbery, a violent felony punishable by imprisonment for a term exceeding one year, in the Providence County Superior Court, Providence, Rhode Island, and was sentenced to 20 years imprisonment as to each count to run

concurrently, with 10 years suspended and 10 years probation to commence upon release.

6. On or about June 3, 1987, PABLO PEREYRA was convicted in Case Number P1/87-137B of one count of Intimidation of a Witness/Victim, a violent felony punishable by imprisonment for a term exceeding one year, in the Providence County Superior Court, Providence, Rhode Island, and was sentenced to 5 years imprisonment.

WHEREFORE, the United States of America gives notice under Title 18, United States Code, Section 924(e)(1) that defendant, PABLO PEREYRA, has three or more previous convictions for violent felonies and is therefore subject to a fine of not more than two hundred fifty thousand dollars ($250,000), a term of imprisonment of not less than fifteen (15) years, and such sentence shall not be suspended.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

SHELDON WHITEHOUSE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney